No. 43372.—Protest 882391–G of M. Pressner & Co. (New York).

Opinion by DALLINGER, J. Needle threaders similar to those the subject of Abstract 38680 and tape measures stipulated to be in chief value of metal were held dutiable as household utensils at 40 percent under paragraph 339 as claimed.